

# United States District Court
# Eastern District of California

| | |
|---|---|
| Alex Horn, Lance Aytman, and Keith Hooker | Case Number: 1:21-cv-01258-NONE-BAM |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Kraft Heinz Foods Company LLC | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rebecca Ojserkis hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Alex Horn, Lance Aytman, and Keith Hooker

On 08/09/2021 (date), I was admitted to practice and presently in good standing in the State of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/01/2021      Signature of Applicant: /s/ Rebecca Ojserkis

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rebecca Ojserkis |
| Law Firm Name: | Sanford Heisler Sharp, LLP |
| Address: | 111 Calvert Street |
| | Suite 1950 |
| City: | Baltimore   State: MD   Zip: 21202 |
| Phone Number w/Area Code: | (410) 834-7420 |
| City and State of Residence: | Baltimore, MD |
| Primary E-mail Address: | rojserkis@sanfordheisler.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Felicia Gilbert |
| Law Firm Name: | Sanford Heisler Sharp, LLP |
| Address: | 111 Sutter Street |
| | Suite 975 |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | (415) 795-2020   Bar #: 276348 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/7/2021

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT