

# United States District Court
# Eastern District of California

| Alex Horn, Lance Aytman, and Keith Hooker |
|---|

Plaintiff(s)

Case Number: 1:21-cv-01258-NONE-BAM

V.

| Kraft Heinz Foods Company LLC |
|---|

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Saba Bireda hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Alex Horn, Lance Aytman, and Keith Hooker

On 02/05/2018 (date), I was admitted to practice and presently in good standing in the District of Columbia Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/2021          Signature of Applicant: /s/ Saba Bireda

**Pro Hac Vice Attorney**

Applicant's Name: Saba Bireda
Law Firm Name: Sanford Heisler Sharp, LLP
Address: 700 Pennsylvania Avenue S.E.
Suite 300
City: Washington  State: DC  Zip: 20010
Phone Number w/Area Code: (202) 499-5209
City and State of Residence: Washington, DC
Primary E-mail Address: sbireda@sanfordheisler.com
Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Felicia Gilbert
Law Firm Name: Sanford Heisler Sharp, LLP
Address: 111 Sutter Street
Suite 975
City: San Francisco  State: CA  Zip: 94104
Phone Number w/Area Code: (415) 795-2020  Bar #: 276348

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 20, 2021        /s/ Barbara A. McAuliffe
                               JUDGE, U.S. DISTRICT COURT