

# United States District Court
# Eastern District of California

| Alex Horn, Lance Aytman, and Keith Hooker |
Plaintiff(s)

V.

| Kraft Heinz Foods Company LLC |
Defendant(s)

Case Number: 1:21-cv-01258-JLT-BAM

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Whittney Layne Barth__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Alex Horn, Lance Aytman, and Keith Hooker

On __12/17/2019__ (date), I was admitted to practice and presently in good standing in the __Maryland Bar__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __04/06/2022__   Signature of Applicant: /s/ __Whittney Barth__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Whittney Layne Barth |
| Law Firm Name: | Sanford Heisler Sharp, LLP |
| Address: | 111 S. Calvert Street |
| | Suite 1950 |
| City: | Baltimore    State: MD    Zip: 21202 |
| Phone Number w/Area Code: | (410) 834-7424 |
| City and State of Residence: | Baltimore, MD |
| Primary E-mail Address: | wbarth@sanfordheisler.com |
| Secondary E-mail Address: | N/A |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Felicia Gilbert |
| Law Firm Name: | Sanford Heisler Sharp, LLP |
| Address: | 111 Sutter Street |
| | Suite 975 |
| City: | San Francisco    State: CA    Zip: 94104 |
| Phone Number w/Area Code: | (415) 795-2020    Bar #: 276348 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 7, 2022          /s/ Barbara A. McAuliffe
                              JUDGE, U.S. DISTRICT COURT