UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX HORN, LANCE AYTMAN, and KEITH HOOKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRAFT HEINZ FOODS COMPANY LLC,<br><br>    Defendant. | Case No. 1:21-cv-01258-JLT-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW MELISSA TRIBBLE AS COUNSEL OF RECORD**<br><br>(Doc. 57) |

Currently before the Court is the motion to withdraw Melissa Tribble as counsel of record for Plaintiffs Alex Horn, Lance Aytman and Keith Hooker. (Doc. 57.) Although styled as a motion to withdraw, the document is effectively a notice of withdrawal. A motion to withdraw is not required as Plaintiffs will continue to be represented by other counsel of record in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that attorney Melissa Tribble is withdrawn as counsel of record for Plaintiffs in this case. The Clerk of the Court is directed to terminate attorney Melissa Tribble as counsel for Plaintiffs in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **April 7, 2023**                    /s/ *Barbara A. McAuliffe*              _
                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28