

# United States District Court
# Eastern District of California

| Alex Horn, Lance Aytman, and Keith Hooker | Case Number: 1:21-cv-01258-BAM |

Plaintiff(s)

V.

Kraft Heinz Foods Company, LLC

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **David T. Hartmann** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kraft Heinz Foods Company, LLC

On **11/01/2012** (date), I was admitted to practice and presently in good standing in the **Illinois** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/08/2023     Signature of Applicant: /s/ David T. Hartmann

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David T. Hartmann |
| Law Firm Name: | Reed Smith LLP |
| Address: | 10 S. Wacker Drive |
| | Floor 40 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 207-6556 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | dhartmann@reedsmith.com |
| Secondary E-mail Address: | dhartmann@reedsmith.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michele Haydel Gehrke |
| Law Firm Name: | Reed Smith LLP |
| Address: | 101 Second Street |
| | Suite 1800 |
| City: | San Francisco    State: CA    Zip: 94105 |
| Phone Number w/Area Code: | (415) 543-8700    Bar #: 215647 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 19, 2023          /s/ Barbara A. McAuliffe
                             JUDGE, U.S. DISTRICT COURT