| | |
|---|---|
| FELICIA GILBERT (#276348) | MICHELE HAYDEL GEHRKE (#215647) |
| Sanford Heisler Sharp, LLP | Reed Smith LLP |
| 111 Sutter St., Suite 975 | 101 Second Street, Suite 1800 |
| San Francisco, CA 94104 | San Francisco, CA 94105 |
| Telephone: (415) 795-2020 | Telephone: (415) 543-8700 |
| Fax: (415) 795-2021 | Fax: (415) 391-8269 |
| Email: fgilbert@sanfordheisler.com | Email: mgehrke@reedsmith.com |
| | |
| SABA BIREDA (*pro hac vice*) | JILL S. VOROBIEV (*pro hac vice*) |
| JAMES HANNAWAY (*pro hac vice*) | DAVID T. HARTMANN (*pro hac vice*) |
| Sanford Heisler Sharp, LLP | MALLORY C. MCCARTHY (pro hac vice) |
| 700 Pennsylvania Avenue S.E., Suite 300 | Reed Smith LLP |
| Washington, DC 20003 | 10 South Wacker Drive |
| Telephone: (202) 499-5209 | Chicago, IL 60606 |
| Fax: (202)499-5199 | Telephone: (312) 207-1000 |
| Email: sbireda@sanfordheisler.com | Fax: (312) 207-6400 |
| | Email: jvorobiev@reedsmith.com |
| CARA VAN DORN (#321669) | |
| Sanford Heisler Sharp, LLP | AMANDA BROWN (#292559) |
| 2550 Fifth Ave., 11th Floor | Reed Smith LLP |
| San Diego, CA 92103 | 2850 N. Harwood Street, Suite 1500 |
| Telephone: (619) 577-4253 | Dallas, TX 75201 |
| Fax: (619) 577-4250 | Telephone: (469) 680-4232 |
| Email: cvandorn@sanfordheisler.com | Email:aebrown@reedsmith.com |

*Attorneys for Plaintiffs*                                   *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX HORN, LANCE AYTMAN, AND KEITH HOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY LLC,<br><br>Defendant. | Case No. 1:21-cv-01258-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY**<br><br>District Judge: Jennifer L. Thurston<br>Magistrate Judge: Barbara A. McAuliffe<br><br>Complaint Filed: August 19, 2021<br>Trial Date: September 24, 2024<br><br>DATE: July 14, 2023 |

Case No. 1:21-cv-01258-JLT-BAM           – 1 –

1  Counsel for Plaintiffs Alex Horn, Lance Aytman, and Keith Hooker (collectively, "Plaintiffs") and counsel for Defendant Kraft Heinz Foods Company LLC ("Defendant") (hereinafter Plaintiffs and Defendant are referred to collectively as "the Parties") hereby STIPULATE AND AGREE to the following Order pursuant to the Court's July 6, 2023 Minute Order (Dkt. 75).

The Parties hereby stipulate to the following:

(1) the opening of fact discovery for the limited purpose of third-party depositions through August 30th, 2023, and;

(2) the reopening of Plaintiffs Aytman's and Hooker's depositions for one hour per issue with the limited scope of (a) newly produced social media and (b) newly produced wage-related documents.

Dated: July 14, 2023                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Felicia Gilbert*
FELICIA GILBERT (#276348)
Sanford Heisler Sharp, LLP
111 Sutter St., Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2020
Fax: (415) 795-2021
Email: fgilbert@sanfordheisler.com

SABA BIREDA (*pro hac vice*)
JAMES HANNAWAY (*pro hac vice*)
Sanford Heisler Sharp, LLP
700 Pennsylvania Avenue, S.E. 20003
Telephone: (202) 499
Fax: (202) 499-5199
Email: sbireda@sanfordheisler.com

CARA VAN DORN (#321669)
Sanford Heisler Sharp, LLP
2550 Fifth Ave., 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4253
Fax: (619) 577-4250
Email: cvandorn@sanfordheisler.com

*Attorneys for Plaintiffs*
ALEX HORN, LANCE ATYMAN, and KEITH HOOKER

  */s/ Michele Haydel Gehrke*
MICHELE HAYDEL GEHRKE (#215647)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Fax: (415) 391-8269
Email: mgehrke@reedsmith.com

JILL S. VOROBIEV (*pro hac vice*)
DAVID T. HARTMANN (*pro hac vice*)
MALLORY C. MCCARTHY (*pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Fax: (312) 207-6400
Email: jvorobiev@reedsmith.com

AMANDA BROWN (pro hac vice)
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4232
Email: aebrown@reedsmith.com

*Attorneys for Defendant*
KRAFT HEINZ FOODS COMPANY LLC

Case No. 1:21-cv-01258-JLT-BAM    – 3 –
STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY

# **ORDER**

The Court adopts the Parties' Stipulation Regarding Fact Discovery filed on July 14, 2023. Fact discovery is open for the limited purpose of third-party depositions through August 30, 2023, and Plaintiffs Aytman's and Hooker's depositions are reopened for one hour per issue with the limited scope of (a) newly produced social media and (b) newly produced wage-related documents.
IT IS SO ORDERED.

Dated: **July 17, 2023**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE