UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX HORN, LANCE AYTMAN, and KEITH HOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY LLC,<br><br>    Defendant. | Case No. 1:21-cv-01258-JLT-BAM<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO COMPEL DR. GEORGE P. ROWELL'S COMPLIANCE WITH SUBPOENA DUCES TECUM AND FOR CONTEMPT SANCTIONS UNDER FRCP 45(g)**<br><br>(Doc. 99) |

On October 12, 2023, the Court held a Status Conference to address rescheduling Plaintiffs' Motion to Compel Dr. George P. Rowell's Compliance with Subpoena Duces Tecum and for Contempt Sanctions under FRCP 45(g) ("Motion to Compel"). (Doc. 99.) Counsel Felicia Gilbert and Cara Van Dorn appeared on behalf of Plaintiffs Alex Horn, Lance Aytman, and Keith Hooker. Counsel Michele Gehrke and Jill Vorobiev appeared on behalf of Defendant Kraft Heinz Foods Company LLC.

As discussed at the conference, the Court sets the following briefing schedule for the Motion to Compel:

    Opposition Filing Deadline:    October 20, 2023

    Reply Filing Deadline:    October 24, 2023

A motion hearing, via Zoom, is set for **October 27, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

1

Plaintiffs promptly shall file an Amended Notice of Motion with the continued hearing date, serve a copy of the Amended Notice, and this Order, on Dr. George P. Rowell, and file proof of such service with this Court.

The parties shall appear at the hearing <u>remotely</u> either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the hearing. The Zoom ID number and password are confidential and not to be shared.  However, Plaintiffs' counsel shall provide the Zoom information to Dr. Rowell prior to the hearing.

IT IS SO ORDERED.

Dated:   **October 12, 2023**          /s/ *Barbara A. McAuliffe*  
                                      UNITED STATES MAGISTRATE JUDGE