UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX HORN, LANCE AYTMAN, and KEITH HOOKER,

            Plaintiffs,

    v.

KRAFT HEINZ FOODS COMPANY LLC,

            Defendant.

Case No.  1:21-cv-01258-JLT-BAM

**ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND EXPERT DISCOVERY FOR LIMITED PURPOSE OF COMPLETING ONE EXPERT DEPOSITION45(g)**

(Doc. 109)

On January 27, 2023, the Court issued an amended scheduling order extending all deadlines by five (5) months and setting the deadline to complete expert discovery on December 22, 2023.  (Doc. 56.)  On December 12, 2023, the parties filed a joint stipulation and motion to extend expert discovery.  (Doc. 109.)

In their motion, the parties note that they s initially agreed that Defendant would depose Plaintiff's emotional distress expert, Dr. Anthony Reading, on December 6, 2023, and that Plaintiffs would depose Defendant's emotional distress experts, Dr. George Woods, Jr. and Dr. Dale Watson, on December 15 and December 19, 2023, respectively.  (*Id.* ¶ 4.)  The parties later reschedule the depositions, with Dr. Reading's deposition on December 15, Dr. Watson's deposition on December 19, and Dr. Woods's deposition on December 22.  (*Id.* ¶ 5.)  Dr. Reading later learned that he was required to testify in the trial of another matter on December 15, 2023, and his only available date before the discovery cutoff is December 19, 2023.  (*Id.* ¶ 6-7.)  The

parties therefore plan to move to Dr. Woods's deposition to January 5, 2024 to accommodate Dr. Reading's availability.  (*Id.* ¶ 8-9.)  The parties petitioned the Court to permit Plaintiffs to take Dr. Woods's deposition on January 5, 2024 and to extend the deadline to complete expert discovery for the limited purpose of Plaintiffs' deposition of Dr. Woods on January 5, 2024.

The Court adopts the Parties' Stipulation and, good cause appearing, GRANTS their joint motion to extend expert discovery.  IT IS HEREBY ORDERED that the December 22, 2023 expert discovery cutoff is extended through and including **January 5, 2024** for the limited purpose of permitting Plaintiffs to take the deposition of Dr. George W. Woods, Jr., with all other deadlines in the Court's January 27, 2023 Order (Doc. 56) to remain in place.

IT IS SO ORDERED.

Dated:   __**December 14, 2023**__         ___/s/ *Barbara A. McAuliffe*___
UNITED STATES MAGISTRATE JUDGE

2