MICHELE HAYDEL GEHRKE (SBN 215647)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Email: mgehrke@reedsmith.com

JILL S. VOROBIEV (*pro hac vice*)
DAVID T. HARTMANN (*pro hac vice*)
MALLORY C. MCCARTHY (*pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Email: jvorobiev@reedsmith.com
Email: dhartmann@reedsmith.com
Email: mcmccarthy@reedsmith.com

AMANDA BROWN (*pro hac vice*)
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4232
Email: aebrown@reedsmith.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX HORN, LANCE AYTMAN, AND KEITH HOOKER,<br>            Plaintiffs,<br>     v.<br>KRAFT HEINZ FOODS COMPANY LLC,<br>            Defendant. | Case No. 1:21-cv-01258-JLT-BAM<br><br>**[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMITATIONS AND FOR EXTENSION OF TIME TO FILE OPPOSING AND REPLY BRIEFS**<br><br>District Judge: Jennifer L. Thurston<br>Magistrate Judge: Barbara A. McAuliffe<br>Complaint Filed: August 19, 2021<br>Trial Date: September 24, 2024 |

1:21-CV-01258-JLT-BAM

[PROPOSED] ORDER ON THE PARTIES' JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMITATIONS AND FOR EXTENSION OF TIME TO FILE OPPOSING AND REPLY BRIEFS

This matter is before the Court on Defendant Kraft Heinz Foods Company LLC ("Defendant") and Plaintiffs Alex Horn, Lance Aytman, and Keith Hooker's ("Plaintiffs") (collectively, the "Parties") Joint Motion for Leave to File Briefs in Excess of Page Limitations and for Extension of Time to File Opposing and Reply Briefs. (Doc. 113.) The Parties note that given the "number of individual plaintiffs, the eight-plus year period of relevant facts, and the 21 separate federal and state law claims at issue in Plaintiffs' proposed amended Complaint, the Parties require additional pages in order to thoroughly and effectively address all of Plaintiffs' legal claims and to apply the relevant facts on summary judgment." (*Id.* at 3.)

Having considered the briefing and good cause appearing, the Court GRANTS the Parties' Joint Motion for Leave to File Briefs in Excess of Page Limitations and for Extension of Time to File Opposing and Reply Briefs. *See* L.R. 233.  IT IS HEREBY ORDERED that:

(1) Defendant is permitted up to 10 additional pages for its moving brief for a total of up to thirty-five (35) pages;

(2) Plaintiffs are permitted up to 10 additional pages for their opposition brief for a total of up to thirty-five (35) pages;

(3) the deadline for Plaintiffs to file their opposition brief is extended from February 9, 2024 to **February 16, 2024**; and

(4) the deadline for Defendant to file its reply brief is extended from February 26, 2024 to **March 4, 2023**.

IT IS SO ORDERED.

Dated:   **January 24, 2024**              /s/ *Barbara A. McAuliffe*           _
                                                        UNITED STATES MAGISTRATE JUDGE