# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ALEX HORN, LANCE AYTMAN, AND KEITH HOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY LLC,<br><br>Defendant. | Case No. 1:21-cv-01258-JLT-BAM<br><br>[~~PROPOSED~~] ORDER REGARDING SUMMARY JUDGMENT FACTS AND DEADLINES<br><br>District Judge: Jennifer L. Thurston<br>Magistrate Judge: Barbara A. McAuliffe<br><br>Complaint Filed: August 19, 2021<br>Trial Date: September 24, 2024 |
|---|---|

The Court adopts the Parties' Stipulation Regarding Summary Judgment Facts and Deadlines filed on March 9, 2024.

IT IS HEREBY ORDERED that the deadline for the submission of Plaintiffs' revised Statement of Disputed Facts and Opposition to Defendant's Motion for Summary Judgment be extended to 5:00 p.m. PST on March 13, 2024; that Plaintiffs' revised Statement of Disputed Facts not contain in excess of 150 unique facts similar to those contained in Defendant's Statement of Undisputed Facts (Doc. [123-7]); and that Defendant's summary judgment reply briefing deadline be extended to March 20, 2024.

IT IS SO ORDERED.

Dated: __March 11, 2024__

_____
UNITED STATES DISTRICT JUDGE