SABA BIREDA (*pro hac vice*)
JAMES HANNAWAY (*pro hac vice*)
Sanford Heisler Sharp McKnight, LLP
700 Pennsylvania Avenue S.E., Suite 300
Washington, DC 20003
Telephone: (202) 499-5209
Fax: (202) 499-5199
Email: sbireda@sanfordheisler.com

CARA VAN DORN (#321669)
Sanford Heisler Sharp McKnight, LLP
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4253
Fax: (619) 577-4250
Email: cvandorn@sanfordheisler.com

*Attorneys for Plaintiffs*

MICHELE HAYDEL GEHRKE (#215647)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Fax: (415) 391-8269
Email: mgehrke@reedsmith.com

JILL S. VOROBIEV (*pro hac vice*)
DAVID T. HARTMANN (*pro hac vice*)
Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Fax: (312) 207-6400
Email: jvorobiev@reedsmith.com

AMANDA BROWN (#292559)
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4232
Email: aebrown@reedsmith.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX HORN, LANCE AYTMAN, AND KEITH HOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY LLC,<br><br>Defendant. | Case No. 1:21-CV-01258-JLT-BAM<br><br>**[PROPOSED]** ORDER CLOSING CASE<br><br>District Judge: Jennifer L. Thurston<br>Magistrate Judge: Barbara A. McAuliffe<br><br>Complaint Filed: August 19, 2021 |

On December 5, 2024, the parties filed a joint stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. 156). Pursuant to Rule 41(a), a plaintiff may dismiss an action without court order in one of two ways: (1) by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (2) by stipulation of all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(i) & (ii). Voluntary dismissal under this rule requires no action on the part of the court. *See United States v. 475 Martin Lane*, 545 F.3d 1134, 1145 (9th Cir. 2008) (voluntary dismissal pursuant to Rule 41(a)(1) is self-executing and requires no further action by court).

Here, the parties' joint stipulation of dismissal is consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Thus, the parties' stipulated dismissal of this action with prejudice, with each party bearing that party's own attorneys' fees and costs, is effective upon its filing and without a court order.

Accordingly, the Clerk of the Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **December 6, 2024**

UNITED STATES DISTRICT JUDGE